# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>1957 BATTLE ROW, AUGUSTA, GA 30904;<br>A LIGHT COLORED NISSAN CUBE WITH VIN<br>JN8AZ2KR0CT254476, and the person of REALITY LEIGH WINNER | )<br>)<br>)  Case No. 1:17 Mj 24<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the        Southern        District of        Georgia
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before        June 17, 2017        *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to        Hon. Brian K. Epps, United States Magistrate Judge    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for        days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of        .

Date and time issued:    6/3/17,  12:57 p.m.        _____
                                                        *Judge's signature*

City and state:        Augusta, Georgia        Brian K. Epps, United States Magistrate Judge
                                                *Printed name and title*