# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

### CLERK'S MINUTES

CASE NO.: 1:17MJ24

UNITED STATES OF AMERICA

V.

Reality Leigh Winner

DATE: 6/5/2017

TIMES: 3:29 - 3:41

---

**Honorable:** Brian K. Epps, United States Magistrate Judge

**Court Reporter:** FTR

**Probation Officer:** Eller

**Courtroom Deputy:** Rebecca Cirillo

**Law Clerk:** —

**Security:** Grooms

---

**Attorney for Government:** Patricia Rhodes

**Attorney for Defendant(s):** Titus Nichols

---

**PROCEEDINGS:** INITIAL APPEARANCE/COMPLAINT

☑ All parties present and ready to proceed

☑ Defendant advised of rights

☑ Defendant advised of right to preliminary hearing

☑ Defendant waives preliminary hearing

☐ Preliminary Hearing scheduled for:

☑ Government moves for detention

☑ Detention Hearing scheduled for: Thursday, June 8, 2017 at 4:00 PM

☐ Detention Hearing held

Witness for the Govt:

Witness for the Deft:

☑ Defendant Detained Pending Detention Hearing

☐ Defendant Detained Pending Trial.

☑ Defendant remanded to custody of US Marshal

☑ Court finds defendant competent to proceed

☑ Defendant advised of charges/allegations in Affidavit

☐ Witness sworn

☐ Witness sworn