| Return | | |
|---|---|---|
| Case No.: 1:17MJ24 | Date and time warrant executed: 06/03/17 | Copy of warrant and inventory left with: AT RESIDENCE |
| Inventory made in the presence of: REALITY LEIGH WINNER | | |
| Inventory of the property taken and name of any person(s) seized: SEE ATTACHED | | |

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/05/17

*Executing officer's signature*

JUSTIN C. GARRICK SPECIAL AGENT FBI
*Printed name and title*

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) 06/03/2017

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Reality Winner
(Street Address) 1957 Battle Row
(City) Augusta, GA

Description of Item(s):
1. Georgia Powerbill
2. Spiral bound notebook
3. Country Handbook (Iran) DOD Issue
4. Documents - Non disclosure agreement
5. United States Passport belonging to Reality Winner
6. Black in color AT&T Palm s/n P8WU098A82VY
7. Laptop computer ASUS with Power cord model# 512AN_MMW
8. Mail with name and address
9. Spiral bound notebook
10. ASUS Laptop Model X553M s/n F6N0CV505536626A
11. Samsung SM-G900T IMEI 353682060333588 s/n R38F40DT11B
12. Samsung SMG900A white IMEI 353502064196742 s/n R38F4169JAV
13. Amazon Tablet Model# PW98UM
14. Samsung SMG900A IMEI 353411069285429 Serial# R88F60H6MSF

End of List

Received By: _____ (Signature)
Received From: _____ (Signature)

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) __06/03/2017__

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Reality Winner
(Street Address) 1957 Battle Row
(City) Augusta, GA

Description of Item(s): 15. Two (2) pieces of notepaper with hand written notes. End of items.

Received By: (Signature)     Received From: (Signature)