UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR |
| v. | ) | |
| | ) | Willful Retention and |
| REALITY LEIGH WINNER, | ) | Transmission of National Defense |
| | ) | Information |
| Defendant | ) | 18 U.S.C. § 793(e) |
| | ) | |

PENALTY CERTIFICATION

The undersigned hereby certifies the penalty for the offense as follows:

<u>Count One</u> - 18 U.S.C. 793(e)
**Willful Retention and Transmission of National Defense Information**
Imprisonment for not more than ten (10) years,
A fine of up to $250,000, or both;
Not more than three (3) years supervised release; and
$100 special assessment.

Respectfully submitted,

JAMES D. DURHAM
ACTING UNITED STATES ATTORNEY

s/ Jennifer G. Solari
_____
Jennifer G. Solari
Assistant United States Attorney
District of Columbia Bar No. 987167