**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CASE NO. 1:17-CR-34-BKE |
| ) | |
| REALITY LEIGH WINNER, ) | |
| ) | |
| Defendant. ) | |

## APPEARANCE AFFIDAVIT OF COUNSEL

We are admitted to practice in this Court, and hereby give notice that we are appearing in this case as counsel for the Defendant.

Respectfully submitted, this 7th day of June, 2017.

BELL & BRIGHAM

*s/ Titus T. Nichols*
Titus T. Nichols
Georgia State Bar No. 870662
Titus@bellbrigham.com


*s/ John C. Bell, Jr.*
John C. Bell, Jr.
Georgia State Bar No. 048600
John@bellbrigham.com

PO Box 1547
Augusta, GA 30903-1547
Ph (706) 722-2014
Fx (706) 722-7552

COUNSEL FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date entered above, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all interested persons.

                                             *s/ Titus T. Nichols*
                                             Titus T. Nichols
                                             Counsel for Defendant