UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CR 1:17-cr-34 |
| | ) | |
| v. | ) | |
| | ) | |
| REALITY LEIGH WINNER | ) | |

## NOTICE OF APPEARANCE

Comes now the United States of America, by and through James D. Durham, Acting United States Attorney for the Southern District of Georgia, and files a notice of appearance for James D. Durham on behalf of the United States in the above-captioned case.

Respectfully submitted this 8th day of June, 2017.

Respectfully submitted,

JAMES D. DURHAM
ACTING UNITED STATES ATTORNEY

*s/ James D. Durham*

James D. Durham
Assistant United States Attorney
Georgia Bar No. 235515

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 8th day of June, 2017.

                                      Respectfully submitted,

                                      JAMES D. DURHAM
                                      ACTING UNITED STATES ATTORNEY

                                      ***s/ James D. Durham***

                                      James D. Durham
                                      Assistant United States Attorney
                                      Georgia Bar No.235515

22 Barnard Street, Suite 300
Savannah, Georgia 31412
(912) 652-4422