**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

## CLERK'S MINUTES

| | |
|---|---|
| CASE NO.: CR117-034 | DATE:  6/8/2017 |
| UNITED STATES OF AMERICA | TIMES: 3:59 - 6:53 |
| V. | |
| REALITY LEIGH WINNER | |

**Honorable:** Brian K. Epps, United States Magistrate Judge     **Courtroom Deputy:**  Rebecca Cirillo
**Court Reporter:**  FTR                                          **Law Clerk:** Hourihan
**Probation Officer:** Eller                                      **Security:** Grooms

**Attorney for Government:** Jennifer Solari, James Durham, David Aaron

**Attorney for Defendant(s):** Titus Nichols, John Bell

**PROCEEDINGS:    ARRAIGNMENT/DETENTION HEARING**

- ✓ All parties present and ready to proceed
- ✓ Defendant advised of charges and penalties
- ✓ Not guilty plea entered
- ☐ Defendant's Pretrial Motions due within 14 days; Government response due 14 days thereafter
- ✓ Government moves for detention     ☐ Defendant requests five days to prepare for Detention Hearing
- ☐ Detention Hearing scheduled for:
- ✓ Detention Hearing held

    Defense witness: Billie Winner-Davis          ✓ Witness sworn

    Defense witness: Gary Davis                    ✓ Witness sworn

    Defense witness: Ann Demasi                    ✓ Witness sworn

- ☐ Defendant Detained Pending Detention Hearing
- ✓ Defendant Detained Pending Trial.
- ✓ Defendant remanded to custody of US Marshal

NOTES:

Date and time of conference regarding planning/discovery to be noticed by the Clerk.

Government's oral motion to designate this case as complex is granted.