IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 117-034 |
| | ) | |
| REALITY LEIGH WINNER | ) | |

_____

**O R D E R**
_____

At the arraignment on June 8, 2017, the government moved to designate this case as complex under the Speedy Trial Act, 18 U.S.C. § 3161(h), because of the procedures mandated by the Classified Information Procedures Act.  See 18 U.S.C. App. 3.  Defense counsel did not object to the designation.

Where the Court finds a "case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established," the Court may exclude such time as necessary to serve the ends of justice.  Id. § 3161(h)(7)(B)(ii).  The Court finds, as a matter of fact and law, the motion is not for the purpose of delay, but in the furtherance of justice, and to protect Defendant's right to a fair trial.  The Court also finds the complexity of this case due to the nature of the prosecution would make it unreasonable to expect adequate preparation for trial within the customary time limits prescribed by the Speedy Trial Act.

The Court further finds the motion is for the purpose of allowing reasonable time necessary, assuming the exercise of due diligence, for the effective preparation of counsel.

Therefore, pursuant to 18 U.S.C. § 3161(h)(7), and on the basis of the Court's finding the ends of justice served by granting the motion for an extension outweigh the best interests of the public and Defendant in a speedy trial, the Court **GRANTS** the government's motion to designate this case as complex.  At this early stage of the case, it is difficult to predict how much time will be needed to prepare for trial.  Accordingly, the period of delay resulting from this extension shall extend from June 8, 2017, until further ruling by the Court.

The first planning conference will occur on June 27, 2017, at 2:00 P.M., Courtroom One, Federal Justice Center, Augusta, Georgia.

SO ORDERED this 14th day of June, 2017, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA