UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA                               **N O T I C E**

v.                                                     1:17cr034

REALITY LEIGH WINNER

TAKE NOTICE that a proceeding in the above action has been scheduled for the place, date and time set forth below:

DATE AND TIME:   **FRIDAY, JUNE 30, 2017 AT 10:00 A.M.**

**Any requests for continuance or rescheduling should be in the form of a motion and filed with the Clerk of Court.**

**Please allow extra arrival time to clear security at the door, and be prepared to produce personal identification at the security desk when entering the building. Cell phones and pagers are not permitted. Attorney vehicles may be parked within the campus.**

PLACE:    FEDERAL JUSTICE CENTER
          UNITED STATES DISTRICT COURT
          600 JAMES BROWN BOULEVARD
          COURTROOM 1
          AUGUSTA, GEORGIA

   *** ENTER THE CAMPUS AT THE GUARDHOUSE - 600 JAMES BROWN BOULEVARD*

TYPE OF PROCEEDING:   STATUS CONFERENCE

DATE: June 29, 2017

TO:   Magistrate Judge Epps
      AUSA
      US Marshal
      US Probation
      Jennifer Solari
      John Bell
      Titus Nichols

I hereby certify that the foregoing notice was served on the date of issuance upon each of the stated recipients by fax, personal delivery, electronic mail, or the U. S. Mail.

SCOTT POFF
CLERK OF COURT

BY: _[signature]_____

LISA WIDENER, COURTROOM DEPUTY CLERK
706 823-6467