# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. CR117-034  
TITLE USA V. REALITY LEIGH WINNER  
DATE June 27, 2017

TIMES 2:01 pm - 2:21pm; 3:32pm - 3:48 pm  
TOTAL 36 min.

Honorable: Brian K. Epps, United States Magistrate Judge  
Courtroom Deputy: Lisa Widener  
Court Reporter: FTR  
Interpreter:

**Attorney for Government**  
Jennifer Solari  
David Aaron

**Attorney for Defendant(s)**  
John C. Bell  
Titus Nichols

**Attorney for**

PROCEEDINGS: PLANNING CONFERENCE  
☑ In Court  
☐ In Chambers

All parties present and ready to proceed:

After hearing from the parties, the Court will submit it's proposed scheduling order to the parties via email. The parties will then have until 4:00 pm to submit any proposed changes.

The parties have 14 days to file supplemental briefs regarding language for the Protective Order.