IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 117-034 |
| | ) | |
| REALITY LEIGH WINNER | ) | |

## ORDER

For the reasons stated on the record during the planning conference on June 27, 2017, the Court hereby enters the following schedule for discovery, pretrial motions, and trial.

| | |
|---|---|
| July 5, 2017 | Government production to defense counsel of discovery deemed unclassified to date following any required classification reviews, including unclassified evidence from Defendant's home and office, employment records, and jail phone recordings |
| August 2, 2017 | Government completion of classification reviews of FBI 302 summaries, Farsi translations from Defendant's notebook, forensic images of Defendant's cell phones and hard drives created on or before July 5, 2017, and transcribed recordings of Defendant's interview with the FBI |
| August 2, 2017 | Government production to defense counsel of all discoverable material deemed unclassified to date following the aforementioned classification reviews |
| August 2, 2017 | Government provision of notice to defense counsel pursuant to Fed. R. Evid. 404(b) |
| August 25, 2017 | Completion of security clearance process for all court personnel and defense team, and classified storage facility ready |
| August 25, 2017 | Government deadline for producing all remaining discovery, except any discovery that is the subject of a motion pursuant to the Classified Information Procedures Act (CIPA) |
| August 25, 2017 | Government deadline for filing motions pursuant to § 4 of CIPA |

September 15, 2017     Defense deadline for filing all pretrial motions and any notice pursuant to § 5 of CIPA

September 22, 2017     Deadline for government response to defense motions and § 5 CIPA notice

October 23, 2017     Trial

The Court expects classification reviews to be performed and completed expeditiously, diligently, and in keeping with the stated deadlines. Counsel shall file a separate motion for each relief sought and not file a consolidated motion. Pretrial motions and CIPA notices received by the Clerk outside the stated deadlines shall not be filed without leave of Court. Untimely motions and CIPA notices will not be considered absent a showing of good cause for failure to file within the time set by the Court.

The Court **APPOINTS** Carli Rodriguez-Feo, Security Specialist, as the Classified Information Security Officer. As alternates, the Court **APPOINTS** Debra M. Guerrero-Randall, Daniel O. Hartenstine, Joan B. Kennedy, Shawn P. Mahoney, Maura L. Peterson, Winfield S. "Scooter" Slade, and Harry J. Rucker III. The Court **DIRECTS** the **CLERK** to terminate the pending motion requesting these same appointments. (Doc. no. 30.)

SO ORDERED this 30th day of June, 2017, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA