IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | *  CR 117-34 |
| v. | * |
| REALITY LEIGH WINNER, | * |
| Defendant. | * |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR DISCLOSURE OF GRAND JURY TRANSCRIPTS (DOC. 21)**

COMES NOW the United States of America, by and through James D. Durham, Acting United States Attorney for the Southern District of Georgia, and responds to Defendant Reality Leigh Winner's Motion for Disclosure of Grand Jury Transcripts (docs. 15, 21) as follows:

The government does not oppose the defendant's motion, and will provide a transcript of the grand jury proceeding in this case on or about July 5, 2017.

Respectfully submitted,

JAMES D. DURHAM
ACTING UNITED STATES ATTORNEY

*//s// Jennifer G. Solari*

Jennifer G. Solari
Assistant United States Attorney

*//s// David C. Aaron*

David C. Aaron
Trial Attorney
U. S. Department of Justice
National Security Division

*//s// Julie Edelstein*

Julie Edelstein
Trial Attorneys
U. S. Department of Justice
National Security Division

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 30th day of June, 2017.

        JAMES D. DURHAM
        ACTING UNITED STATES ATTORNEY

        *//s// Jennifer G. Solari*

        Jennifer G. Solari
        Assistant United States Attorney

Post Office Box 8970
Savannah, Georgia 31401
Telephone No: 912-652-4422