## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

|  |  |  |
|---|---|---|
| | * | |
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CR 117-34** |
| | * | |
| **Reality Leigh Winner** | * | |
| | * | |
| Defendant | * | |
| | *********** | |

## ORDER

Having considered the Government's Motion to Seal, which motion is unopposed by the defendant, the motion is hereby **GRANTED**.

IS IT HEREBY ORDERED that the Government's Motion to Amend Conditions of Detention and the Court's Order are SEALED until further order of the Court.

HON. BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE

7/7/17
Date