# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:17-CR-34-JRH-BKE |
| | ) | |
| REALITY LEIGH WINNER, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S NOTICE OF HER INTENT TO RESPOND
## TO THE GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER

COMES NOW Defendant through counsel and hereby notifies the Court of her intent to file a response to the Government's motion for a protective order that includes issues with the proposed order that are in addition to the one sentence raised at the hearing on June 27, 2017.

Respectfully submitted,

BELL & BRIGHAM

_s/ John C. Bell, Jr._
John C. Bell, Jr.
Georgia State Bar No. 048600
Titus T. Nichols
Georgia State Bar No. 870662
PO Box 1547
Augusta, GA 30903-1547
(706) 722-2014
John@bellbrigham.com
Titus@bellbrigham.com

COUNSEL FOR DEFENDANT

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **DEFENDANT'S NOTICE OF HER INTENT TO FILE A RESPONSE TO THE GOVERNMENT'S MOTION FOR PROTECTIVE ORDER**, by using the CM/ECF system which will automatically send notification of such filing to the following:

James D. Durham, Esquire
Acting US Attorney
Jennifer G. Solari, Esquire
Assistant US Attorney
Southern District of Georgia
PO Box 8970
Savannah, GA 31401

Julie A. Edelstein, Esquire
David C. Aaron, Esquire
US Department of Justice
National Security Division

This 14th day of July, 2017

    *s/ John C. Bell, Jr.*
    John C. Bell, Jr.

    COUNSEL FOR DEFENDANT