IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 117-034 |
| | ) | |
| REALITY LEIGH WINNER | ) | |

**ORDER**

The Court has reviewed the government's motion for protective order and today's notice from the defense of its intent to file a response brief. Because time is of the essence, the standard fourteen day deadline for Defendant's response brief is inadequate. Defendant shall file her response brief, addressing all remaining protective order disputes, on or before July 20, 2017, and the government shall file any reply brief on or before July 24, 2017.

SO ORDERED this 14th day of July, 2017, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA