# United States District Court
## Southern District of Georgia

United States

_____
Plaintiff

v. Reality Leigh Winner

_____
Defendant

Case No. 1:17-CR-00034

Appearing on behalf of: _____

Defendant

(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

**Petitioner**, Joe Dally Whitley hereby requests permission to appear pro hac vice in the subject case filed in the Augusta Division of the United States District Court for the Southern District of Georgia. **Petitioner** states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, Northern District of Georgia. **Petitioner** states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

**Petitioner** designates Titus Nichols (Bell & Brigham) as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

**Petitioner** further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This 10th day of July, 2017.

_____
(Signature of *Petitioner*)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, Titus Nichols (Bell & Brigham), designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise.

This 20th day of July, 2017.

870662
Georgia Bar Number

_____
Signature of Local Counsel

(706) 722-2014
Business Telephone

Bell & Brigham (Law Firm)
457 Greene Street (Business Address)
Augusta, GA 30901 (City, State, Zip)
_____ (Mailing Address)
titus@bellbrigham.com (Email Address)



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA     }
                             } ss.
NORTHERN DISTRICT OF GEORGIA }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **JOE DALLY WHITLEY, State Bar No. 756150**, was duly admitted to practice in said Court on January 18, 1991, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 11th day of July, 2017.

JAMES N. HATTEN
CLERK OF COURT

By: *Anniva Renick*
Anniva Renick
Deputy Clerk