# United States District Court
## Southern District of Georgia

United States
_____
Plaintiff

v. Reality Leigh Winner
_____
Defendant

Case No. _____1:17-CR-00034_____

Appearing on behalf of: _____
Defendant
_____
(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

***Petitioner***, _____Matthew Scott Chester_____ hereby requests permission to appear pro hac vice in the subject case filed in the _____Augusta_____ Division of the United States District Court for the Southern District of Georgia. ***Petitioner*** states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, _____Eastern District of Louisiana_____. ***Petitioner*** states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

***Petitioner*** designates ___Titus Nichols (Bell & Brigham)___ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

***Petitioner*** further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __10th__ day of __July__, 2017.

_____
(Signature of ***Petitioner***)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, ___Titus Nichols (Bell & Brigham)___, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the ***Petitioner*** fail to respond to any Court order for appearance or otherwise.

This __20th__ day of __July__, __2017__.

__870662__
Georgia Bar Number

__706-722-2014__
Business Telephone

Signature of Local Counsel

__Bell & Brigham__ (Law Firm)
__457 Greene St.__ (Business Address)
__Augusta, GA 30901__ (City, State, Zip)
_____ (Mailing Address)
__titus@bellbrigham.com__ (Email Address)

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

## CERTIFICATE OF GOOD STANDING

I, _____William W. Blevins_____, Clerk of this Court,

certify that _____Matthew S. Chester_____, Bar # _____36411_____,

was duly admitted to practice in this Court on _____12/01/2015_____, and is in good standing as a member

of the Bar of this Court.

Dated at _____New Orleans, LA_____ on _____07/06/2017_____
                       *(Location)*                                    *(Date)*

William W. Blevins
*CLERK*

*Deputy Clerk*