IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 1:17-CR-34-BKE |
| ) | |
| REALITY LEIGH WINNER, ) | |
| ) | |
| Defendant. ) | |

## APPEARANCE AFFIDAVIT OF COUNSEL

I am admitted to practice in this Court, and hereby give notice that I am appearing in this case as additional counsel for the Defendant.

Respectfully submitted, this 25th day of July, 2017.

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC


*s/ Brett A. Switzer*
Brett A. Switzer
Georgia State Bar No. 554141
bswitzer@bakerdonelson.com

3414 Peachtree Road, N.E.
Monarch Plaza, Suite 1600
Atlanta, Georgia 30326
Ph (404) 443-6711
Fx (404) 238-9710

COUNSEL FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date entered above, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all interested persons.

                                      BAKER, DONELSON, BEARMAN,
                                      CALDWELL & BERKOWITZ, PC

                                      *s/ Brett A. Switzer*
                                      Brett A. Switzer
                                      Counsel for Defendant