## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED NOTICE** |
| v. | 1:17cr034 |
| REALITY LEIGH WINNER | |

TAKE NOTICE that a proceeding in the above action has been scheduled for the place, date and time set forth below:

**DATE AND TIME:  THURSDAY, SEPTEMBER 14, 2017 AT 2:00 P.M.**

Any requests for continuance or rescheduling should be in the form of a motion and filed with the Clerk of Court.

Please allow extra arrival time to clear security at the door, and be prepared to produce personal identification at the security desk when entering the building. Cell phones and pagers are not permitted. Attorney vehicles may be parked within the campus.

PLACE:   FEDERAL JUSTICE CENTER
         UNITED STATES DISTRICT COURT
         600 JAMES BROWN BOULEVARD
         COURTROOM 1
         AUGUSTA, GEORGIA

*** ENTER THE CAMPUS AT THE GUARDHOUSE - 600 JAMES BROWN BOULEVARD*

TYPE OF PROCEEDING:   ARRAIGNMENT ON SUPERSEDING INDICTMENT and
                      MOTIONS HEARING (DOC. 68, 69 & 82)

DATE: September 13, 2017

TO:   Judge Epps
      AUSA
      US Marshal
      US Probation
      Brett A. Switzer
      Jill E. McCook
      Joe D. Whitley
      John C. Bell, Jr.
      Matthew Scott Chester
      Thomas H. Barnard
      Titus Nichols

I hereby certify that the foregoing notice was served on the date of issuance upon each of the stated recipients by fax, personal delivery, electronic mail, or the U. S. Mail.

SCOTT POFF
CLERK OF COURT

BY: _____

LISA WIDENER, COURTROOM DEPUTY CLERK
706 823-6467