# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

## CLERK'S MINUTES

| | |
|---|---|
| CASE NO.: CR117-034 | DATE: 09/14/2017 |
| UNITED STATES OF AMERICA | TIMES: 2:02 pm - 2:09 pm |
| V. | |
| REALITY LEIGH WINNER | |

| | |
|---|---|
| **Honorable:** Brian K. Epps, United States Magistrate Judge | **Courtroom Deputy:** Lisa Widener |
| **Court Reporter:** Lisa Davenport | **Law Clerk:** |
| **Probation Officer:** Enoch Eller | **Security:** |

**Attorney for Government:** Jennifer Solari and David Aaron

**Attorney for Defendant(s):** Titus Nichols, Joe Whitley, David Bell, and Bret Switzer

**PROCEEDINGS:   ARRAIGNMENT**

- [✓] All parties present and ready to proceed
- [✓] Defendant advised of rights
- [✓] Defendant advised of charges and penalties
- [✓] Not guilty plea entered.
- [ ] Defendant's Pretrial Motions due within 14 days; Government response due 14 days thereafter
- [ ] Government moves for detention
- [ ] Defendant requests five days to prepare for Detention Hearing
- [ ] Detention Hearing scheduled for:
- [ ] Detention Hearing held

Witness for the Govt:                                           [ ] Witness sworn

Witness for the Deft:                                           [ ] Witness sworn

- [ ] Defendant Detained Pending Detention Hearing
- [ ] Defendant Detained Pending Trial.
- [ ] Defendant remanded to custody of US Marshal

# VERDICT

We, the jury find the defendant, _____
this _____ day of _____, 2017.

_____
Foreman

# PLEA

The defendant, _Reality Leigh Winner_, waives arraignment and pleads **NOT GUILTY**
In open Court, this **14** day of **September**, 2017.

_John J. Nichols_
Counsel for Defendant

_Reality Winner_
Defendant

---

No. CR **CR117 034**

United States District Court
Southern District of Georgia
Savannah Division

UNITED STATES
vs.
REALITY LEIGH WINNER

SUPERSEDING INDICTMENT
FOR
18 U.S.C. 793(e)

Filed in open Court this **6** day of September, 2017.

_Jamila Barlow_
Deputy Clerk

JAMES D. DURHAM
Acting United States Attorney

USA-40-21-3

---

# PLEA

The defendant(s) _____
_____

being fully informed and advised by the Court of the charge against him (them), and of his (their) legal right to the assistance of counsel, and that counsel would be appointed by the Court if desired, hereby waives arraignment and benefit of counsel, and pleads

_____

In open Court this _____ day of _____, 2017.

_____
_____
_____

Witness:

_____
*Clerk, United States Courts*