# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

UNITED STATES OF AMERICA

v.

REALITY LEIGH WINNER

**N O T I C E**

1:17cr034

TAKE NOTICE that a proceeding in the above action has been scheduled for the place, date and time set forth below:

DATE AND TIME: **FRIDAY, SEPTEMBER 29, 2017 AT 10:00 A.M.**

Any requests for continuance or rescheduling should be in the form of a motion and filed with the Clerk of Court.

Please allow extra arrival time to clear security at the door, and be prepared to produce personal identification at the security desk when entering the building. Cell phones and pagers are not permitted. Attorney vehicles may be parked within the campus.

PLACE:  FEDERAL JUSTICE CENTER
        UNITED STATES DISTRICT COURT
        600 JAMES BROWN BOULEVARD
        COURTROOM 1
        AUGUSTA, GEORGIA

** *ENTER THE CAMPUS AT THE GUARDHOUSE - 600 JAMES BROWN BOULEVARD*

TYPE OF PROCEEDING: **SECOND DETENTION HEARING**

**COUNSEL FOR THE GOVERNMENT IS INSTRUCTED TO FILE THEIR BRIEF IN OPPOSITION NO LATER THAN 5:00 PM ON TUESDAY, SEPTEMBER 26, 2017.**

DATE: September 21, 2017

TO:  Judge Epps
     AUSA
     US Marshal
     US Probation
     Brett A. Switzer
     Jill E. McCook
     Joe D. Whitley
     John C. Bell, Jr.
     Matthew Scott Chester
     Thomas H. Barnard
     Titus Nichols

I hereby certify that the foregoing notice was served on the date of issuance upon each of the stated recipients by fax, personal delivery, electronic mail, or the U. S. Mail.

SCOTT POFF
CLERK OF COURT

BY: _____
LISA WIDENER, COURTROOM DEPUTY CLERK
706 823-6467