UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * * * | |
| v. | * | NO. 1:17-CR-00034 |
| REALITY LEIGH WINNER | * * * * | |

* * * * * * * * * * * * * * * * * * *

ORDER GRANTING MOTION TO WITHDRAW AND FOR LEAVE TO FILE SUBSTITUTE PLEADING REGARDING SECOND DETENTION HEARING

Before the Court is Defendant Reality Leigh Winner's ("Winner") Motion to Withdraw and for Leave to File Substitute Pleading Regarding Second Detention Hearing ("Motion"). After consideration of same and for good cause shown, it is hereby

**ORDERED**, that Winner's Motion is hereby **GRANTED**; and it is further

**ORDERED**, that the erroneously filed pleading regarding Second Detention hearing is withdrawn; and it is further

**ORDERED**, that the Clerk is directed to enter docket text confirming withdrawal of any prior pleading regarding the Second Detention Hearing and deleting any reference to same; and it is further

**ORDERED**, that Winner is provided two (2) days from entry of this Order to file any substitute pleadings related to the Second Detention Hearing scheduled for Friday, September 29, 2017.

**SO ORDERED** this _____ day of September, 2017, at August, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA