IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | 1:17-CR-034 |
| | * | |
| REALITY LEIGH WINNER | * | |

* * * * * * * * * * * * * * * * * *

## ORDER

The Court **GRANTS IN PART** Defendant's Motion to Withdraw and for Leave to File Substitute Pleading Regarding Second Detention Hearing, (doc. nos. 91-1, 91-2), and **ORDERS** (1) the erroneously filed pleading regarding the second detention hearing is withdrawn; (2) the Clerk to enter docket text referencing docket number 87 and all attachments as erroneously filed, and seal said document in a manner that restricts access to three specified Court personnel only; (3) Defendant to file, on or before 8:00 a.m. on Monday, September 25, 2017, a substitute pleading relating to the second detention hearing scheduled for Friday, September 29, 2017; and (4) the Government to file any response brief no later than 5:00 p.m. on Wednesday, September 27, 2017.

SO ORDERED this 22nd day of September, 2017, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA