IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CR 117-34 |
| v. | * | |
| | * | |
| REALITY LEIGH WINNER, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |
| | ******* | |

## GOVERNMENT'S NOTICE OF FILING

The United States hereby gives notice that today it filed with the Court, through the Classified Information Security Officer, a classified pleading.

                                              Respectfully submitted,

                                              James D. Durham
                                              Acting United States Attorney

By:        /s/
                              Jennifer G. Solari
                              Assistant United States Attorney

                              /s/
                              David C. Aaron
                              Julie Edelstein
                              Trial Attorneys
                              U. S. Department of Justice
                              National Security Division

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 22nd day of September 2017.

JAMES D. DURHAM
ACTING UNITED STATES ATTORNEY

*//s// Julie A. Edelstein*

Julie A. Edelstein
Trial Attorney

600 E Street, N.W.
Washington, D.C. 20004
(202) 233-2260