# Exhibit A

## John Bell

| | |
|---|---|
| **From:** | Solari, Jennifer (USAGAS) <Jennifer.Solari@usdoj.gov> |
| **Sent:** | Thursday, June 29, 2017 2:40 PM |
| **To:** | Titus Nichols; John Bell; Lisa_Widener@gas.uscourts.gov |
| **Cc:** | Edelstein, Julie (NSD) (JMD); Aaron, David (NSD) (JMD); Aaron, David C. (CYD) (OGA) (FBI) |
| **Subject:** | Corrections and clarifications regarding information proffered at Detention Hearing from jail phone calls |
| **Attachments:** | 10.61.0.21-72f2db020a3d00154a02bb5a456de8bawinner 2.wav |

All,

I have now had an opportunity to listen to the phone calls the defendant made from the Lincoln County Jail prior to her detention hearing. Before the hearing, I had only heard a portion of the call in which the defendant asked her mother to "play that angle" regarding the alleged circumstances of her FBI interview. I proffered information about the other jail calls based upon verbal summaries I was provided by the FBI just before the hearing. Now that I've heard the recordings myself, I'd like to clarify some of the information for the court and counsel.

(1) At the hearing, I said something to the effect of: "On the Sunday after her arrest, the defendant spoke to her mother on the recorded jail phone. Her mom asked her, 'Do you know what you're getting charged with?' The defendant answered, 'Mom, those documents. I screwed up.' Said she was preparing herself like she wasn't coming home. Perhaps what's most disconcerting about her use of the word "documents" – plural – is that she has only admitted taking and sending the single intelligence report we knew about."

The audio on this file is not easy to hear without high quality headphones, but upon my own review, I hear the following:

At 7:25

MOM: Do you have any idea what you're gonna be charged with?

DEF: Yeah.

MOM: What is it?

DEF: Um... I leaked a document.

MOM: Oh.

DEF: [Inaudible]

1

MOM:     What?

DEF:     I don't know if they give bail for that.

Approximately 9 minutes later in the conversation (16:27), the defendant states, "I screwed up." I have attached the audio file.

(2) Also at the hearing, I stated something to the effect of: "She just asked her mother to transfer $30,000 from her account to her mother's account because the Court took away her free, appointed counsel." It was my misunderstanding when I spoke to the agent that the reason for the transfer was explicit in the conversation, but I believe it is more of an inference to be gleaned from the request and the surrounding circumstances. (The defendant has asked her cellmate, "Angie" to call her mother.) When I review the call (coming in a following email due to size), I hear the following:

At 3:06

ANGIE:   She said will you please log onto her bank -

MOM:     Okay.

ANGIE:   And transfer from her savings account -

MOM:     Okay.

ANGIE:   Into your account.

MOM:     Into my account?

ANGIE:   Yes ma'am.

MOM:     Why?

ANGIE:   Into your account -

MOM:     Why? Why?

ANGIE:   Under Momface.

MOM:     Momface, okay, but why?

ANGIE:   She says "why"?

2

WINNER: Uh, because they might freeze it.

ANGIE: They might freeze it – oh, they said they will freeze it.

WINNER: Yeah.

MOM: Oh, shit!

WINNER: Yeah, so as soon as this conversation's over…

ANGIE: Yeah, she says like right, like, right now, like, an hour ago.

WINNER: Yeah.

MOM: Okay. Okay. Wow, alright we'll do that. We'll do that immediately, so, good. Okay.

ANGIE: She said something else – what - twen - thirty grand.

MOM: Okay.

ANGIE: She said thirty. Okay.

MOM: Alright, okay, we'll do that.

Thank you,
Jenna

Jennifer G. Solari
Assistant U.S. Attorney
Southern District of Georgia
22 Barnard St., Suite 300
Savannah, GA 31401
(912) 652-4422

3