UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| v. | * | NO. 1:17-CR-00034 |
| | * | |
| REALITY LEIGH WINNER | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * *

## DECLARATION OF REALITY LEIGH WINNER

STATE OF GEORGIA )
)
COUNTY OF LINCOLN )

NOW COMES Reality Leigh Winner, who under penalty of perjury and from her own personal knowledge, states:

1. I am twenty-five years old, and therefore I am over 18 years of age, and I am competent to give testimony in this matter.

2. I have personal knowledge of all facts and circumstances in this Declaration.

3. I have no experience with the criminal justice system. Aside from my military experience, my first encounter with law enforcement was on June 3, 2017, when ten armed male law enforcement agents appeared at my home with search warrants for my house, my car, and my person. On that same date, I was arrested and transported to jail, where I have remained since that date.

4. Because I have great respect for the United States of America, upon graduation from high school, I turned down a full engineering scholarship to Texas A&M to enlist in the United States Air Force. I served in the Air Force for six years, and

was honorably discharged in December 2016. I received a commendation medal for my work on an Afghan Mission, and I consistently received high evaluations.

5. While in the Air Force, I was placed at the Defense Language Institute in Monterey, California. There, I obtained an associate's degree in the Persian-Farsi and Dari courses. Today, I am fluent in Farsi, Dari, and Pashto.

6. Also while in the Air Force, I trained in Texas and spent time at Fort Meade in Maryland. I also served for approximately six months in Augusta at the NSA. While in Maryland, I volunteered for Athletes Serving Athletes, which assists disabled people run marathons and experience sporting events that they would otherwise not be able to participate.

7. I returned to Augusta upon her discharge from the Air Force to become a contractor for Pluribus International Corporation.

8. After I became employed at Pluribus International Corporation, over Memorial Day weekend 2017, I traveled to Belize, which was a sight-seeking trip. I traveled alone and I returned to the United States, as planned.

9. I never searched for information about travel to Tel Aviv other than to click on a link about cheap airfare. I also never planned a trip to Tel Aviv.

10. While I had not been living in Augusta long before the alleged events giving rise to this action occurred, I had begun developing a network of friends and colleagues with interests common to my own. I had also started dating and had a date planned at the time of her arrest. I also had become part of the community through my teaching of yoga and spin classes, and my volunteer work at the local animal shelter.

11. I am very close to my family, especially my mother and step-father, who reside in Texas. I was also very close to my father, who passed away in December 2016. And I am close to my biological sister, who resides in Michigan, and my godson and other family members who reside in Wisconsin.

12. I am vegan and Kosher, and in good shape.

13. Because of dietary choices, I have suffered health problems since my detention. In particular, I now have to take medication to aid the digestion of prison food and I am taking antibiotics because of issues with my skin.

14. I have hopes of continuing my education, and I am currently halfway through a Bachelor's Degree program. If released, I intend to seek opportunities to continue my education. I also intend to continue teaching yoga and spin classes to earn some income while I face the charges in this action.

15. If the Court releases me, I will abide by any condition the Court places on me, including, but not limited to: (1) residing in my home in Augusta under the custody of a third-party custodian; (2) not traveling beyond Richmond County, Georgia without the permission of my Pretrial Services Officer and the Government; (3) not possessing any electronic device capable of accessing the Internet and not accessing the Internet through any such device or any other means, unless possession of such a device or such access is approved by my Pretrial Service Officer; (4) avoiding communication with any media outlet; and (5) having regular contact with my Pretrial Services Officer.

*Reality Leigh Winner*

3