UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * NO. 1:17-CR-00034 |
| REALITY LEIGH WINNER | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DECLARATION OF BILLIE JEAN WINNER-DAVIS

STATE OF WISCONSIN    )
                      )
COUNTY OF LINCOLN     )

NOW COMES Billie Jean Winner-Davis, who under penalty of perjury and from her own personal knowledge, states:

1. I am over 18 years of age, and I am competent to give testimony in this matter.

2. I have personal knowledge of all facts and circumstances in this Declaration.

3. On August 31, 2017, I retired early from my position as Program Administrator with Child Protective Services for the State of Texas. I became eligible for retirement in early 2017, and I decided to take early retirement so that I could relocate to Augusta, Georgia, to support my daughter, Reality Leigh Winner, as she faces the charges in this matter.

4. Given my early retirement, I have made arrangements to move to Augusta, Georgia, to live in my daughter's rental home, which has two bedrooms, the week of September 25, 2017, and I plan to stay in Augusta, Georgia, until it becomes no longer necessary to do so. I added my name to the lease after my daughter's

        detention hearing on June 8, 2017, and I handle paying the rent. I also monitor the bills associated with the rental.

5. If my daughter is released from custody, I am willing to serve as a third-party custodian and abide by any condition imposed upon me by the Court as a third-party custodian, including reporting to the Court any violation of a condition of release.

6. In addition, my husband and I continue to be willing to post our property as bond for my daughter's release. Our property, which is entirely paid for, is located at 420 E. County Road 2190, Kingsville, Kleberg County, Texas. The property consists of twenty acres and a modest home, and it has a taxable value of approximately $135,000.

7. My daughter and I have a close relationship, and my daughter has a close relationship with my husband, her stepfather. Before she was detained, my husband and I would speak with her by telephone at least once a week, and sometimes more. We would also text and email one another. During her time in the Air Force, she would visit home as often as she could, and I would travel to visit her.

8. My daughter is also close to other members in the family, including her sister, Brittany, who lives in Michigan, any my sister and my sister's family, who live in Wisconsin.

9. My daughter served in the Air Force, and was honorably discharged in December 2016. She then moved to Augusta, Georgia, to obtain employment. In Augusta, she has become involved in the community. She has taught yoga and spinning in Augusta (and I understand that she has taught others in custody with her how to

practice yoga), and she has been involved in marathons and other fitness activities, including a mud run for the Marines. She has also been involved with pet rescue, and had a foster dog that was abused and neglected.

10. My daughter has also been involved in the other communities in which she has lived. For example, in Maryland, she was active in a program that helped disabled people run marathons and other sporting events in which they would not be able to participate.

11. My daughter received her associate's degree in the Persian-Farsi and Dari course from the Defense Language Institute in Monterey, California, and she has college credits. She has intentions of continuing her education, and she had been accepted into Baylor University at the time of her arrest.

12. I have confidence, that if released, my daughter would abide by every condition imposed upon her by the Court.

*Billie Jean Winner-Davis*
Billie Jean Winner-Davis