# CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record for all parties.

*/s/ John C. Bell, Jr.*
John C. Bell, Jr.