# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

### CLERK'S MINUTES

CASE NO.: CR117-034   DATE: September 29, 2017

UNITED STATES OF AMERICA   TIMES: 10:01 am - 3:29 pm

V.

REALITY LEIGH WINNER

Honorable: Brian K. Epps, United States Magistrate Judge   Courtroom Deputy: Lisa Widener

Court Reporter: Lisa Davenport   Law Clerk: Connie Shugars

Probation Officer: Enoch Eller   Security:

Attorney for Government: Jennifer Solari/Julie Edenstein/David Aaron

Attorney for Defendant(s): John Bell/Joe Whitley/Titus Nichols/Jill McCook

PROCEEDINGS: DETENTION HEARING

☑ All parties present and ready to proceed

Witness for the Govt: FBI Sp. Agent Justin C. Garrick   ☑ Witness sworn
Witness for the Govt:   ☐ Witness sworn
Witness for the Deft: Brittany Michele Winner   ☑ Witness sworn
Witness for the Deft: Billie Winner-Davis   ☑ Witness sworn
Witness for the Deft:   ☐ Witness sworn

☐ Defendant Detained Pending Trial.
☐ Defendant remanded to custody of US Marshal
☐ Cash Bond set at $_____; secured by 10%   ☐ Property bond set at $_____
☐ Defendant's release subject to the standard conditions

☐ Additional conditions: _____
Court reserves ruling & will enter written order.