AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

UNITED STATES
V.
REALITY LEIGH WINNER

**EXHIBIT AND WITNESS LIST**

Case Number: 1:17-CR-034

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| HON. Brian K. EPPS | SOLARI/AARON/EDELSTEIN | BELL/NICHOLS/WHITLEY/CHESTER |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| SEPTEMBER 29, 2017 | LISA DAVENPORT | LISA WIDENER |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/29/2017 | X | X | Employment documents dated 9FEB17, 13FEB17, and 15FEB17 |
| 2 | | 9/29/2017 | X | X | Photograph of text messages |
| 3 | | 9/29/2017 | X | X | Transcript of Defendant's interview on June 3, 2017 (redacted to UNCLASSIFIED) |
| 4 | | 9/29/2017 | X | X | Screenshot of eight "securedrop" sites |
| 5 | | 9/29/2017 | | | Web history excerpts dated 5/9/2017-5/22/2017 (presented in classified session ONLY) |
| 6A | | 9/29/2017 | X | X | DVD containing two recorded telephone calls |
| 6B | | 9/29/2017 | X | X | Transcript of telephone call audio file ending in winner3.wav |
| 6C | | 9/29/2017 | X | X | Transcript of telephone call audio file ending in winner11.wav |
| 7 | | 9/29/2017 | X | X | Photographs of notes found in Defendant's residence on June 3, 2017 |
| 8 | | 9/29/2017 | X | X | Web history excerpts dated 10/28/2016-12/10/2016 |
| 9 | | 9/29/2017 | X | X | Instant message dated 2/9/2017 |
| 10 | | 9/29/2017 | X | X | Instant message conversation dated 2/14/2017 |
| 11 | | 9/29/2017 | X | X | Instant message conversation dated 2/25/2017 |
| 12 | | 9/29/2017 | X | X | Instant message conversation dated 3/7/2017 |
| 13 | | 9/29/2017 | X | X | Defendant's USAF Exit Questionnaire and Access Termination Statement |
| 14 | | 9/29/2017 | X | X | Letters written by Defendant dated September 11, 2017 and September 18, 2017 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages