IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR 117-034 |
| | ) | |
| REALITY LEIGH WINNER | ) | |

**FOURTH AMENDED SCHEDULING ORDER**

For good cause shown, the case deadlines are amended as follows:

| November 22, 2017 | Defense revised discovery requests |
|---|---|
| November 27, 2017 | Defense deadline for filing all pretrial motions and any notice pursuant to § 5 of CIPA<br><br>Joint status report regarding discovery disputes |
| November 30, 2017 | Hearing on discovery disputes |
| December 18, 2017 | Deadline for government response to defense pretrial motions |
| January 2, 2018 | Deadline for government filing of CIPA § 6(a) motion<br><br>Deadline for defense reply in support of pretrial motions |
| January 22, 2018 | Deadline for defense response to CIPA § 6(a) motion |
| February 5, 2018 | Deadline for government reply in support of CIPA § 6(a) motion |
| February 20, 2018 | CIPA § 6(a) Hearing |
| March 19, 2018 | Trial |

SO ORDERED this 9th day of November, 2017, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA