UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA          **N O T I C E**

v.          1:17cr034

REALITY LEIGH WINNER

TAKE NOTICE that a proceeding in the above action has been scheduled for the place, date and time set forth below:

DATE AND TIME: **THURSDAY, NOVEMBER 30, 2017 AT 4:00 P.M.**

Any requests for continuance or rescheduling should be in the form of a motion and filed with the Clerk of Court.

Please allow extra arrival time to clear security at the door, and be prepared to produce personal identification at the security desk when entering the building. Cell phones and pagers are not permitted. Attorney vehicles may be parked within the campus.

PLACE:      FEDERAL JUSTICE CENTER
               UNITED STATES DISTRICT COURT
               600 JAMES BROWN BOULEVARD
               AUGUSTA, GEORGIA

*\*\* ENTER THE CAMPUS AT THE GUARDHOUSE - 600 JAMES BROWN BOULEVARD*

TYPE OF PROCEEDING: **EXPARTE HEARING RE: DOC. 159**

DATE: November 27, 2017

TO:     Judge Epps
        AUSA
        US Marshal
        US Probation
        Brett A. Switzer
        Jill E. McCook
        Joe D. Whitley
        John C. Bell, Jr.
        Matthew Scott Chester
        Thomas H. Barnard
        Titus Nichols

I hereby certify that the foregoing notice was served on the date of issuance upon each of the stated recipients by fax, personal delivery, electronic mail, or the U. S. Mail.

SCOTT POFF
CLERK OF COURT

BY: _____

LISA WIDENER, COURTROOM DEPUTY CLERK
706 823-6467