IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 117-034 |
| | ) | |
| REALITY LEIGH WINNER | ) | |

**ORDER**

For the reasons stated on the record at the classified hearings on November 30 and December 1, 2017, the Court **GRANTS IN PART AND DENIES IN PART** Defendant's Motion to Compel (doc. no. 129) and **GRANTS IN PART AND DENIES IN PART** Defendant's requests related to defense communication protocols and redacted filings for the public docket. (Doc. nos. 164-2, 164-3.) With respect to the latter, appropriate government agencies shall file redacted versions of classified filings on the public docket within twenty-one days of submission to the CISO for defense filings and within fourteen days of submission for government filings.

On December 19, 2017, at 10:00 a.m., at the Federal Justice Center, 600 James Brown Boulevard, Augusta, Georgia, the Court will hold a classified hearing concerning Defendant's First and Second CIPA § 5 Notices, (doc. nos. 158, 168), Defendant's request to conduct certain internet searches, (doc. no. 164-1), and Defendant's request for Rule 17 subpoenas. On or before noon on December 18, 2017, defense counsel shall file reformulated subpoenas incorporating the Court's recent rulings concerning the scope of discovery, without prejudice of course to Defendant's right of objection to said rulings. By

the same date and time, the government shall file a brief specifying the portions of Defendant's § 5 filings deemed to be insufficient.

SO ORDERED this 5th day of December, 2017, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA